# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUE MOUA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1230 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION AND LIFTING STAY FOR THE PURPOSE OF SERVICE OF THE COMPLAINT<br><br>ORDER DIRECTING THE CLERK TO ISSUE SUMMONS, SOCIAL SECURITY CASE DOCUMENTS, AND SCHEDULING ORDER |

On August 31, 2020, Plaintiff initiated this action by filing a complaint for judicial review of the administrative decision denying an application for Social Security benefits. (Doc. 1) The Clerk's Office issued a notice indicating that "[n]o summons or briefing schedule will issue" until the stay imposed by General Order 615 was lifted. Plaintiff requests the stay be lifted for service (Doc. 3), and the Court finds it is appropriate for the summons and new case documents to be issued. Accordingly, the Court **ORDERS**:

　　1.　　Plaintiff's motion to lift the stay for limited purposes (Doc. 3) is GRANTED;

　　2.　　The stay in this action is LIFTED for the limited purpose of service of the Complaint upon the Commissioner of Social Security;

　　3.　　The Clerk of Court is DIRECTED to issue summons as to Andrew Saul, Commissioner of Social Security;

　　4.　　The Clerk of Court is DIRECTED to issue and serve Plaintiff with Social Security Case

Documents, including the Scheduling Order, Order regarding Consent, the Consent Form, and USM-285 Forms;

    5.    The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and the order granting Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) upon the defendant as directed by Plaintiff in the USM Forms; and

    6    After service, the matter will remain stayed until the administrative record is filed or further order of the Court lifting the stay.

IT IS SO ORDERED.

    Dated:   **October 28, 2020**              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE