# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LUE MOUA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1230 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME<br><br>(Doc. 22) |

On September 8, 2021, the parties stipulated for the Plaintiff to have an extension of thirty days to file a reply brief. (Doc. 22.) Dolly Trompeter, counsel for Plaintiff, asserts the extension of time is necessary because of her workload, which includes "two Reply Briefs, two Motions for Summary Judgment, four Opening Briefs, one Plaintiff's Memorandum, and one Plaintiff's Portion of Joint Submission due the same week." (*Id.* at 2.) Counsel for the Commissioner does not oppose the request, and it does not appear any party would suffer prejudice from the delay.

Based upon the information provided, the Court **ORDERS**: The second extension of time is **GRANTED** and Plaintiff **SHALL** file any reply brief no later than **October 13, 2021**.

IT IS SO ORDERED.

　　Dated:   **September 9, 2021**　　　　　　　_____ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE