```
PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone: (510) 970-4823
       Facsimile: (415) 744-0134
       E-Mail: Chantal.Jenkins@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES LUE MOUA,<br><br>        Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | 1:20-cv-01230-BAK (EPG)<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF Nos. 28, 31). |

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff James Moua [Plaintiff] be awarded attorney fees in the amount of eight thousand seven hundred dollars ($8,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel Jonathan Pena (counsel) in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

      After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of [Plaintiff]'s assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560

U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

 Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel.

 This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including [counsel's firm] may have relating to EAJA attorney fees in connection with this action.  This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated:  May 20, 2022   */s/ Jonathan Pena  by Chantal R. Jenkins\**
*As authorized *via* email on May 20, 2022
Jonathan Pena
Attorney for Plaintiff

Dated:  May 20, 2022   PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED that, based on the parties' stipulation for the award and payment of attorney fees and expenses pursuant to the and Equal Access to Justice Act, 28 U.S.C. § 2412(d), (ECF No. 31), attorney fees in the amount of eight thousand seven hundred dollars ($8,700.00), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920, shall be awarded subject to the terms of the stipulation. Given the parties' stipulation, the Clerk of Court is respectfully directed to terminate as pending Plaintiff's motion for attorney fees. (ECF No. 28).

IT IS SO ORDERED.

Dated: **May 23, 2022**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE